1:23CV00796  Trial Cause, No: 1991-061-CE,    6-29-2023

Johnny Lee Sterling                    UNITED STATES DISTRICT COURT

James V. Allred unit                   WESTERN DISTRICT OF TEXAS

2101 Fm. 369 N                         501 West 5th Street, Suite 1100

Iowa Park, Texas 76367                 Austin, Texas 78701

RECEIVED JUL 10 2023 CLERK U.S. DISTRICT CLERK WESTERN DISTRICT OF TEXAS DEPUTY

FILED JUL 12 2023 CLERK U.S. DISTRICT CLERK WESTERN DISTRICT OF TEXAS BY DEPUTY

To, The Honorable Judge of said Court.

a Request for The Court To Appointed Attorney To my cause.
motion for Appointment of Attorney To my cause.

Now come defendant, Johnny Lee Sterling.

The Trial Judge, mr. George H. Allen in Violation of my Right To a fair trial, by The U.S. Constitutional Right. The Judge Violated my right To counsel before Trial, a Sixth Amendment right To counsel was Violated. Taylor V. Grounds, 721 F. 3d 809, 824 (7th Cir. 2013). Case Law, my Trial counsel was ineffective for failing To file a notice of appeal as requested by defendant. my Trial counsel was ineffective for failing To challenge a biased Juror, my family member can not be my Jury. a Violation of my Right. in Conflict of interest, a case of Conflict of Law. my Trial counsel was ineffective for failing To Subpoena Key witnesses. Goodman V. Bertrand, 467 F. 3d 1022, 1030-31 (7th Cir. 2006). Trial counsel was ineffective when he failed To call Key witnesses. Toliver V. Pollard, 688 F. 3d 853, 863 (7th Cir. 2012). my Trial Judge. recuse (1). To remove (oneself) as a Judge in a Particular case because of Prejudice or conflict of interest < The Judge recused himself from The Trial >. (2). To challenge or object To (a Judge) as being disqualified from hearing a case because of Prejudice or a conflict of interest < The defendant filed a motion To recuse The trial Judge >. bias, n. Inclination; Prejudice < The Juror's bias Prompted a challenge for cause >. Judicial bias. Bias That a Judge develops during a Trial. Judicial bias is usu. insufficient To Justify disqualifying a Judge from Presiding over a case. To Justify disqualification or recusal, The Judge's bias usu. must be Personal or based on some extraJudicial reason.    conflict of interest, Judge,
(1)...

old, case, (1), my Prier conviction,
my Trial Judge George H. Allen, was Judge in my Prier conviction,
conflict of interests, Judge Allen, APPlicant complains, should have
suis Ponte recused him self from The Trial. The Judge abused his
discretion. I, was Denied a fair Trial. The Judge Personal feeling,
George H. Allen, was my (Landlord): in 1960, before he was a Judge he
was a Lawyer, I new hem Personal he was my Judge in This case:
cause number: 86-361-c, a 5. Yrs. sentence.
ArrESTED OR RECEIVED 1985/09/26 SID-TX 01970666, AGENCY-SHERIFF'S
OFFICE WACO (TX 1550000), AGENCY CASE-27031, CHARGE 1-AGGRAVATED-
ASSAULT. Court, CHARGE-AGGRAVATED ASSAULT SENTENCE- 5 YRS TDC /5 YRS
TDC SUSP/5 YRS PROBATION(2). ARRESTED OR RECEIVED 1989/02/16 SID-
TX 01970666, AGENCY-DOCJ-BYRD UNIT HUNTSVILLE (TX 236065C)
AGENCY CASE-50 33 56, CHARGE 1-AGG ASSAULT 1: COURT-CHARGE-
AGG ASSAULT 1, SENTENCE- 5 YRS...

new, case, (2),
I, was charge aggraveted sexual assault in give me a LIFE sentences, I.
did not Plead guity or Take no Time when They Told me To, Thomas V. Lockhart, 738
F. 2d 304 (8th cir. 1984) failure To advise defendant that he was presumed inno-
cent and That his guilt would have To be proven beyond a reasonable doubt,
accompanied by assertion by attorney that Jury would not believe defendant's
testimony because, I, was black, was ineffective assistance. not guilty, crimi-
nal Law A defendant's Plea denying The crime charged. 2. A Jury verdict acqui-
tting the defendant because The prosecution failed To Prove The defendant's
guilt The Viction Tequilla Roberson. Did not have no medical Treatment at all, no
injury at all. at no Hospital. DNA Take a Scott + White Hospital. DNA, case No: 91-
061-C. ARRESTED OR RECEIVED 1991/06/13 SID-TX 01970666, AGENCY-DOCJ-
BYRD UNIT HUNTSVILLE (TX 236065C) AGENCY CASE-587711, CHARGE 1-PV/
AGG SEX ASLT 1/LIFE NCH/N# REM 50 33 56 CON, COURT- CHARGE-PV/AGG
SEX ASLT 1/LIFE NCH/N# REM 50 33 56 CON SENTENCE- LIFE FROM MCLNN-
AN CO, RECORD UPDATED 2008/01/29: ARRESTED OR RECEIVED 1990/12/04
SID-TX 01970666, AGENCY-POLICE DEPARTMENT WACO (TX 1551200)
AGENCY CASE-9064316, CHARGE 1-AGGRAVATED SEXUAL ASSAULT,
COURT- CHARGE- AGGRAVATED SEXUAL ASSAULT
SENTENCE- 3-13-91 LIFE IN, PISON.

DC000000Z

FBI IDENTIFICATION RECORD-FBI No: 33 55 39, PART 3
M 3, 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.

(2).

The court can not denied This wrongfuly convicted. Please help...
This case was not proved beyond a reasonable doubt, by Texas Laws..
I. have a Righe To be free by The U.S. constitutional Right.
I want To Testify at Trial, but my attorney would not let me. I want To Take The witness stand To Testify, but my Lawyer said If I Take The stand The Judge will hold me in contempt of court." my attorney fail To put on a defense at Trial for me. my counsel ineffective for failing To prepare for Trial one Day). Catalan V. Cockrell, 315 F.3d 491, 492-93 (5th Cir. 2002). The Sixth Amendment right To counsel was violated by The Judge. you will see. They Judgment violates The constitution. or Laws of The united states; mental competence To plead guilty future custody under a Judgment of The district court would violate The constitution or Laws of The united states; I, was incompetency To stand Trial at The Time. Incompetency, Lack of legal ability in some respect, esp. To stand Trial or To testify <once The defense lawyer established her client's incompetency, The client did not have To stand Trial). —Also termed mental incompetence - Article (11). 1. Everyone charged with a Penal offence has The right To be Presumed innocent until proved guilty beyond a reasonable doubt, according To law in a public Trial at which he has had all The guarantees necessary for his defence. 2. No-one shall be held guilty of any penal offence on account of any or omission which did not constitute a penal offence, under national or international Law, at The time when it was committed. Nor shall a heavier penalty be imposed Than The one that was applicable at The Time The penal offence was committed. The D.A. or court Did not prove, I commit a crime. no Justice, I request for DNA Tests on me. But The court denied me The right. This is my Changed aggravated sexual assault, This changed was not prove by DNA, testing, but They sentence me LIFE in prison. I have been Lock up over 30-years. I am 69, years old. The viction Tequilla Roberson, DNA, Testing was Take at scott & white Hospital, The viction Did not have no medical Treatment, at all you will see. She have no injury at all, at no Hospital. DNA; case No. 91-061-C, my DNA. Lawyer, mr. Walter Reaves Jr. Waco, Texas. my counsel was ineffective for failing To fail a incompetent, hearing he Did not request for a competency hearing. I, been a M.H.M.R. person all my Life. it Do not Take ▇ but one ar To ▇ dismissed, a case. I have 7s, my Trial counsel was ineffective for failing To Present mental health mitigation evidence. Wilson V. Sirmons, 536 F.3d 1064, 1096 (10th Cir. 2008). Counsel's failure To request removal of juror who stated "I don't Think I could be fair" was ineffective assistance. Judge - in The Juror, Hughes V. united States, 258 F.3d 453 (6th Cir. 2001).

I, no The U.S. DISTRICT COURT will give me Justice:
I, have Rights to, in a Right To a fair Trial. My family member, The Jury, in The States witnesses. The Child Name under age // James Roberson-15 // Tequilla Roberson-12 // Johnny Roberson-10 //

Perjury Charge, under Oath,

Perjury. The act or an instance of a person's deliberately making material false or misleading statements while under oath. — Also termed false swearing; false oath; (archaically) forswearing. — Perjury-Trap doctrine. The Principle that a Perjury indictment against a person must be dismissed if The Prosecution secures it by calling that person as a grand Jury witness in an effort To obtain evidence for a Perjury Charge, esp. when The Person's Testimony does not relate To issues material to The ongoing grand Jury investigation. in court: Wrongful Sexual assault, convictions in 79% of cases with innocent Black defendants and 51% of cases with innocent white defendants. Further, about 70% of sexual assoults with white wrongly convicted... fair Trial. A Trial by an impartial and disinterested tribunal in accordance with regular procedures; esp., a criminal Trial in which the defendant's constitutional and legal rights are respected. — Also termed fair and impartial Trial. ((The U.S. DISTRICT COURT have To stop The court from convicted innocent peison in wrongful charge This is not Justice for The Law, To Convicted some one of a wrongful convicted, no Proven. July: "Deliberately convicting The Innocent: Exonerations Expose the Criminal Justice System's Callous indifference Toward official misconduct" by Douglas Ankney. My family member, can not be my Jury in the court no They. a Conflict of interest, in The Judge, recused himself from The Trial. The Judge abused his discretion. he is a Judge in he no The Laws, The is a Conflict of Law. in a Conflict of interest, The CLERK, of The U.S. DISTRICT COURT can not Look over This wrongly charge of convicted, you all no They in Violation I pleaset To The court To help me. The INVESTIGATORS Did not Proven me guilt, The D.A. influence The Jurors, That I, was guilty, you will see:

*Johnny Lee Sterling*

may God Bless you all!

my family member lied To The Judge about noing me but Told The DA, she was my kin, she lied under oath you will see. united states V. mcmeans, 927 F.2d 162, 163 (4th Cir. 1991) right To Testify in one's own behalf is fundamental and may not be waived by counsel. The Trial Judge. Hunt V. mitchell 261 F.3d 575. my attorney was not a appeals attorney or my DNA, attorney Walter M. Reaves Jr. but The Judge put Them on my appeals when it was over I Did not see my attorney, he Did not com To see me.

(4)

<u>United States of America</u>
<u>Justice for All in The United State,,</u>

<u>Come now, The Defendnt, Johnny Lee Sterling.</u>

I. Charge, aggravated sexual assault and requests that The court appoint Attorneal To assist him in resolving pending charges in The above styled cause pursua tto Tex. Code crim Proc. art. 1.051. Article 1.051(c) states as follows: "An indigent defendant is entitled to have an attorney appointed to represent him in any adversary judicial proceeding That may result in punishment by confinement. Defendant's Declaration in support of Right To Representation of attorney is attached and incorporated hereto as Exhibit.

CERTIFICATE OF SERVICE.

I, Johnny Lee Sterling do hereby certify that the above and foregoing has been served on: NAME AND ADDRESS OF DISTRICT Attorney FOR County of mcLennan by placing same in a properly addressed, Postage prepaid wrapper and placing it in The prison mail depository on This The DA. BETH Toben _____ . day of July 7-5-2023 _____ ,

<u>no one is above The Laws.</u>

                                       Johnny Lee Sterling
                                       your Name

                                       The Judge Name

                                       Signature of Attorney (if any)

I, declare (or certify, verify, or state) under penalty of perjury That the foregoing is true and correct and That this motion under 28 U.S.C. § 2255 was placed in The prison mailing system on DA. Toben Beth 7-5-2023 (month, date, year).

(5)...

```
            TDCJ - INSTITUTIONAL DIVISION
                 OFFICIAL LAYIN PASS
                     INFIRMARY

  EFFECTIVE DATE: 07/05/2023
  FROM-TO TIME: 03:00-04:00
  START DATE: 12/06/2022  END DATE: 12/31/▒▒▒▒

  ADMIT: 00587711 STERLING, JOHNNY LEE
  REASON: INSULIN/AM CHOW   HOUSE: ▒H2-2▒▒

  JOB: UNASGN MEDICAL                  ▒0:0▒  ▒0▒:0▒
  EDUC:


  COUNTROOM: COUNTROOM        ☻

  TITLE: COUNTROOM
```



Mr. Johnny Lee Sterling 1584411
James V. Allred Unit
2101 Fm. 369 N.
Iowa Park, Texas 76367

To: CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
UNITED STATES COURTHOUSE
501 W. 5th STREET, SUITE 1100
AUSTIN, TEXAS 78701

SCREENED JUL 12 2023

Legal mail